IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN ULIVARRI,

Plaintiff,

v. Case No. 1:24-cv-00675-DHU-LF

WALGREEN CO.,

Defendant.

**ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT**

The parties have reached a negotiated resolution in this matter.

IT IS THEREFORE ORDERED that closing documents must be filed no later than **Wednesday, October 14, 2026**, absent a written motion showing good cause for an extension.

Laura Fashing
United States Magistrate Judge